## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UMG RECORDINGS, INC., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | 8:05CV546 |
| v. ) | |
| ) | REPORT AND |
| JO LARSON, ) | RECOMMENDATION |
| ) | |
| Defendant. ) | |
| ) | |

This case is before the magistrate judge for full pretrial supervision. By order filed March 14, 2006, the plaintiffs were given until March 30, 2006 to obtain an entry of default and file a motion for default judgment, or take other appropriate action to prosecute the case. The order specifically advised plaintiffs that failure to do so would result in my recommendation that the case be dismissed without prejudice pursuant to NECivR 41.1 for failure to prosecute.

The plaintiffs have not complied with any requirement set forth in the March 14, 2006 order. For that reason,

**IT IS RECOMMENDED** that this action be dismissed without prejudice pursuant to NECivR 41.1 for failure to prosecute.

**DATED April 19, 2006.**

        **BY THE COURT:**

        **s/ F.A. Gossett**
        **United States Magistrate Judge**