## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UMG RECORDINGS, INC., et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **8:05CV546** |
| **v.** | ) | |
| | ) | **ORDER** |
| **JO LARSON,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

On April 19, 2006, I recommended to District Judge Laurie Smith Camp that this case be dismissed for failure to prosecute, based on plaintiffs' apparent failure to take any action to proceed to judgment against the defendant. Plaintiffs have filed an objection to this recommendation, insisting that they have "diligently pursued resolution of their claims" in this matter. Unfortunately, counsel did not request any extensions of time to pursue settlement, and none of their diligent efforts were reflected in the record at the time the recommendation was issued.

The court is now advised that the parties have settled this lawsuit and have filed a "Stipulation to Judgment and Permanent Injunction." For that reason, I will withdraw my Report and Recommendation [13].

**IT IS ORDERED** that the Report and Recommendation [13] filed on April 19, 2006 is hereby withdrawn.

**DATED May 4, 2006.**

> **BY THE COURT:**
>
> **s/ F.A. Gossett**
> **United States Magistrate Judge**